IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ABIODUN SOWEWIMO, Inmate #B43909, Plaintiff, vs. DIANA HANKINS, *et al.*, Defendants. | ) ) ) ) ) ) ) ) ) ) ) |

CIVIL NO. 05-062-MJR

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

Currently pending before the Court is Plaintiff's "motion to show cause why the 63 cent initial partial filing fee has not been paid" (Doc. 6). This motion was filed in response to the Court's order to show cause why Plaintiff had not paid the assessed initial partial filing fee (Doc. 5). The Court has now received Plaintiff's initial partial filing fee and his case is awaiting threshold review. Accordingly, the motion (Doc. 6) is **DENIED** as moot.

**IT IS SO ORDERED.**

**DATED this 23rd day of February, 2006.**

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**